Affirmed and
Memorandum Opinion filed January 28, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00043-CR

____________

 

PHILIP PRICE, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 180th District Court

Harris County, Texas

Trial Court Cause No. 1102545

 

 

 



M E M O R
A N D U M   O P I N I O N

            A jury convicted appellant of aggravated robbery and assessed
punishment at confinement for life in the Institutional Division of the Texas
Department of Criminal Justice and a $10,000 fine. On January 9, 2008, the
trial court sentenced appellant in accordance with the jury’s verdict. Appellant
filed a timely notice of appeal.

            Appellant’s appointed counsel filed a brief in which he
concludes this appeal is wholly frivolous and without merit. The brief meets
the requirements of Anders v. California, 386 U.S. 738, 87 S.Ct. 1396
(1967), by presenting a professional evaluation of the record and demonstrating
why there are no arguable grounds to be advanced. See High v. State, 573
S.W.2d 807, 811–12 (Tex. Crim. App. 1978).

            A copy of counsel’s brief was delivered to appellant. Appellant
was advised of the right to examine the appellate record and file a pro se
response. See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim. App.
1991). Appellant was provided a copy of the record, and granted thirty days to
file a pro se response. As of this date, more than forty-five days have elapsed
and appellant has not filed a pro se response or a request for additional time.

            We have carefully reviewed the record and counsel’s brief and
agree the appeal is wholly frivolous and without merit. Further, we find no
reversible error in the record. A discussion of the brief would add nothing to
the jurisprudence of the state. We are not to address the merits of each claim
raised in an Anders brief or a pro se response when we have determined
there are no arguable grounds for review. See Bledsoe v. State, 178
S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

            Accordingly, the judgment of the trial court is affirmed.

 

                                                                        PER
CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Anderson and Christopher.

Do Not Publish — Tex. R. App. P. 47.2(b).